# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

159691(69)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF DEARBORN,
        Plaintiff/Counterdefendant-
        Appellee,

v

                                               SC: 159691
                                               COA: 339704

BANK OF AMERICA,
        Defendant/Cross-Defendant-
        Appellee,

                                               Wayne CC: 15-012788-CH

and

WEST DEARBORN PARTNERS LLC,
        Defendant/Counterplaintiff/
        Cross-Plaintiff-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's October 16, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020 _____



p1202

Clerk